# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| JEREMIAH R. WASHINGTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:09CV2070 JCH |
| ) | |
| UNKNOWN DOE, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER OF PARTIAL DISMISSAL
## PURSUANT TO 28 U.S.C. § 1915(e)(2)(B)

**IT IS HEREBY ORDERED** that, as to defendants Unknown Doe, Lynn Calcote, Unknown Phillips, Unknown O'Neil, Unknown Wade, Unknown Novak, Jane Doe, and John Doe (Lieutenant), plaintiff's complaint is **DISMISSED**, without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B).

Dated this 12th day of February, 2010.

/s/ Jean C. Hamilton
JEAN C. HAMILTON
UNITED STATES DISTRICT JUDGE