# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| JEREMIAH R. WASHINGTON, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:09CV2070 JCH |
| UNKNOWN DOE, et al., | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

Before the Court are various filings relating to plaintiff's requests to substitute parties in this action.

Plaintiff brings this action pursuant to 42 U.S.C. §1983, alleging violations of his civil rights, against defendant Hoskins, as well as John Does 1-4 and John Doe Sergeant. On November 15, 2010, the Court granted plaintiff's request to amend his complaint against defendants and found that the amended complaint survived initial review under 28 U.S.C. § 1915. However, because plaintiff had not identified the John Does by name or address in his amended complaint, the Court indicated that plaintiff should notify the Court when he was able to properly identify the John Doe defendants so that service of process could be accomplished by the Court pursuant to 28 U.S.C. § 1915.

From his filings in this Court, it appears that plaintiff has identified three of the John Doe defendants in this matter and has related that they may be found at their place of employment at Southeast Correctional Center in Charleston, Missouri. As a result, the Court will order the Clerk of Court to effectuate process on these individuals pursuant to the waiver agreement between the Court and the Office of the Missouri Attorney General, relating to filings against Missouri correctional employees. Should plaintiff uncover the identity of the remaining two John Doe defendants in this action, he should immediately file a document entitled "Motion to Substitute," and set forth clearly in that document that he wishes to substitute the listed individuals for the remaining John Doe defendants.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motions relating to the substitution of three of the John Doe defendants [Doc. #59 and #63] are **GRANTED** insofar as the Court will substitute Unknown Irby, Terry Atchison and Sergeant David Novak for John Does 1-2 and John Doe Sergeant, respectively. The Clerk of the Court shall modify the docket in accordance with this request.

**IT IS HEREBY ORDERED** that due to plaintiff's pauper status, and in accordance with 28 U.S.C. § 1915, the Clerk of Court shall effectuate service on Unknown Irby, Terry Atchison and David Novak, correctional officers employed by

the State of Missouri, as outlined in the waiver agreement between this Court and the Office of the Missouri Attorney General.

Dated this 15th day of February, 2011.

/s/ Jean C. Hamilton
JEAN C. HAMILTON
UNITED STATES DISTRICT JUDGE