UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

JEREMIAH R. WASHINGTON,           )
                                  )
        Plaintiff(s),             )
                                  )
Vs.                               )        Case No.   4:09CV2070 JCH
                                  )
UNKNOWN DOE, et al.,              )
                                  )
        Defendant(s).             )

## ORDER

This matter is before the Court upon its review of the record. On March 28, 2011, the Court appointed Kate M. Heideman to represent Plaintiff. (Doc. No. 75). Ms. Heideman entered her appearance in this matter on April 20, 2011. (Doc. No. 87). The Court therefore will deny Plaintiff's pending pro se motions without prejudice.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Substitute (Doc. No. 78) is **DENIED** without prejudice.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Compel (Doc. No. 79) is **DENIED** without prejudice.

Dated this 20th day of April, 2011.

/s/ Jean C. Hamilton

UNITED STATES DISTRICT JUDGE